DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIKA CARRION** and **NORMAN CARRION,**
Appellants,

v.

**NATIONAL SPECIALTY INSURANCE COMPANY,**
Appellee.

No. 4D22-1308

[May 11, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2020-CA-007378-XXXX-MB.

Christopher J. Maranges, Teresita M. Perez and Colleen Alexis Maranges of Maranges, PLLC, Boca Raton, for appellants.

Victor H. Waite and Brian P. Henry of Rolfes Henry Co., LPA, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***